**FELONY**

# United States District Court

Southern District of Texas

United States Courts
Southern District of Texas
FILED
*August 7, 2026*
Nathan Ochsner, Clerk of Court

UNITED STATES OF AMERICA
V
**Miguel Roberto AGUILAR-Enamorado**

Honduras
A077 389 907 (EWA)

## CRIMINAL COMPLAINT

**CASE NUMBER B-26** 977 **MJ**

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about **August 7, 2026**, the defendant, an alien who had previously been denied admission, excluded or removed knowingly and unlawfully was present in the United States having been found in **Cameron** County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of **Title 8 United States Code, Section(s) 1326 (a)**

I further state that I am a Deportation Officer and that this complaint is based on the following facts: The defendant was encountered during a traffic stop by Immigration Officers on August 07, 2026, in Port Isabel, Texas. The defendant is a citizen and national of Honduras who was previously deported, excluded or removed from the United States on July 19, 2013. Record checks revealed that the defendant has not applied for permission from the proper authorities to re-enter the United States.

Defendant has $0.00

Letisia Camarillo
*Signature of Complainant*

Letisia Camarillo Deportation Officer
*Name and Title of Complainant*

Submitted by reliable electronic means, sworn to and signature attested as per Fed. Rules Cr. Proc. 4.1

August 7, 2026 at Brownsville, Texas
*Date* *City and State*

Karen Betancourt U.S. Magistrate Judge
*Name and Title of Judicial Officer*

Karen Betancourt
*Signature of Judicial Officer*